## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW B. AUSTIN,

     *Plaintiff,*

  v.

PAUL HASHIM & U.S. CLAIMS SERVICES, INC.,

     *Defendants.*

CIVIL ACTION

NO. 21-1955

## ORDER

**AND NOW**, this 3rd day of September 2021, upon consideration of Defendants' Motion to Dismiss or Strike (ECF 6), Plaintiff's Response (ECF 7) and Defendants' Reply (ECF 8), it is hereby **ORDERED** that Defendants' Motion is **GRANTED**. Plaintiff's Amended Complaint is **DISMISSED with prejudice**.

BY THE COURT:

*/s/ Gerald J. Pappert*

GERALD J. PAPPERT, J.

1